UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CINDY G. WALPOLE,                          )
                                           )
                          Plaintiff,       )       Case No. C17-516 RSM
                                           )
              v.                           )       **STIPULATION AND ORDER FOR**
                                           )       **DISMISSAL WITH PREJUDICE**
LIFE INSURANCE COMPANY OF NORTH )
AMERICA,                                   )
                                           )
                          Defendant.       )
_____)

## I.    STIPULATION

IT IS STIPULATED by and between the parties hereto that any and all claims or causes

of action may be dismissed with prejudice and without an award of costs or fees to either party.

Dated: March 7, 2018

ROY LAW                                    LANE POWELL PC


By *s/ Chris Roy*_____           By *s/D. Michael Reilly*
   Chris Roy, WSBA #29070                     D. Michael Reilly, WSBA No. 14674
Attorneys for Plaintiff Cindy Walpole      Attorneys for Defendant  Life Insurance
                                           Company of North America

STIPULATION AND ORDER FOR DISMISSAL WITH
PREJUDICE: 2:17-CV-00516-RSM - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

120192.0161/6994287.1

## II.    ORDER

The parties having stipulated for dismissal of any and all claims or causes of action with prejudice and without an award of costs or fees to either party, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS ORDERED that any and all claims or causes of action are hereby dismissed with prejudice and without an award of costs or fees to either party.

DATED this 8th day of March 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By *s/ D. Michael Reilly*
   D. Michael Reilly, WSBA No. 14674
   reillym@lanepowell.com
Attorneys for Defendant  Life Insurance
Company of North America

ROY LAW

By  *s/ Chris Roy*
   Chris Roy, WSBA #29070
   chris@roylawpdx.com
Attorneys for Plaintiff Cindy Walpole

STIPULATION AND ORDER FOR DISMISSAL WITH
PREJUDICE: 2:17-CV-00516-RSM - 2

120192.0161/6994287.1